FILED
 2006 Oct-19 PM 01:31
U.S. DISTRICT COURT
   N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JOE D. HOLT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No.  CV 04-S-2666-NE |
| | ) | |
| **MIKE BLAKELY and VANESSA RICH,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION

The court entered an order to amend on September 22, 2006 (doc no. 8), requiring the plaintiff to file an amended complaint which adequately set forth the plaintiff's claims. The plaintiff was advised that his amended complaint should name as defendants only those persons who violated his constitutional rights and specifically state how each defendant named violated his constitutional rights. In response to the order to amend, the plaintiff states that since the filing of his complaint in 2004, the plaintiff's claims regarding the conditions at Limestone Correctional Facility have largely been remedied.  (doc. No. 9).  Accordingly, the plaintiff's claims against the defendants will be dismissed as **MOOT**.[1]  An

---

[1] Even if the plaintiff's claims were not moot, the plaintiff's complaint would nonetheless be due to be dismissed for failure to comply.  The court has twice instructed the plaintiff to file an amended complaint based on the plaintiff's failure to set forth his claims adequately.  Although the plaintiff has responded to both of the court's orders by filing an amended complaint, he has yet to

appropriate order will be entered.

DONE this 19th day of October, 2006.

_____
United States District Judge

---

amend his complaint as described above.  Accordingly, in the alternative, the plaintiff's complaint is due to be dismissed based on the plaintiff's failure to comply with the court's October 18, 2004 and September 22, 2006 Orders.  (Doc. Nos. 3 & 8).